COPY

e-FILING
ADR
ORIGINAL FILED
JUN - 6 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

1  EISENBERG RAIZMAN THURSTON & WONG LLP
   David H. Raizman (SBN 129407)
2  draizman@ertwllp.com
   Melissa B. Bonfiglio (SBN 223172)
3  mbonfiglio@ertwllp.com
   10880 Wilshire Boulevard, Eleventh Floor
4  Los Angeles, California 90024
   Telephone: (310) 445-4400
5  Facsimile: (310) 445-4410

6
   Attorneys for Defendant
7  Barnes & Noble Booksellers, Inc.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12

13 SUSANA CROW,                          Case No. C 08 02834 EMC

14              Plaintiff,
                                         BARNES & NOBLE
15      v.                               BOOKSELLERS, INC.'S
                                         CERTIFICATION OF INTERESTED
16 BARNES & NOBLE BOOKSELLERS,           ENTITIES AND PERSONS
   INC., a Delaware corporation; , and   [Civ. Local Rule 3-16]
17 DOES 1 through 10, inclusive,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

16099
                                              CERTIFICATION OF INTERESTED
                                              ENTITIES OR PERSONS

EISENBERG RAIZMAN THURSTON & WONG LLP
10880 Wilshire Blvd., 11th floor
Los Angeles, California 90024

1  Pursuant to this Court's Civil Local Rule 3-16, the undersigned certifies that
2  the following listed persons, associations of persons, firms, partnerships,
3  corporations (including parent corporations) or other entities (i) have a financial
4  interest in the subject matter in controversy or in a party to the proceeding, or (ii)
5  have a non-financial interest in that subject matter or in a party that could be
6  substantially affected by the outcome of this proceeding:

7  Susana Crow -- Plaintiff
8  Barnes & Noble Booksellers, Inc. -- Defendant
9  Barnes & Noble, Inc. -- Parent corporation of Barnes & Noble Booksellers,
10 Inc.

12 Dated: June 5, 2008        Respectfully submitted,

13                            EISENBERG RAIZMAN THURSTON & WONG LLP
                              David H. Raizman
14                            Melissa B. Bonfiglio

16                            By: _MBBonfiglio_____
17                                Melissa Bonfiglio
                                  Attorneys for Defendant
18                                Barnes & Noble Booksellers, Inc.

*EISENBERG RAIZMAN THURSTON & WONG LLP*
*10880 Wilshire Blvd., 11th floor*
*Los Angeles, California 90024*

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10880 Wilshire Blvd., Eleventh Floor, Los Angeles, California 90024.

On June 6, 2008, I served the foregoing document, described as CERTIFICATION OF INTERESTED ENTITIES OR PERSONS on each interested party in this action, as follows:

Nick V. Avtonomoff, Esq.  Attorneys for Susana Crow
Law Offices of Nick V. Avtonomoff  Phone (415) 380-072
P.O. Box 2471  Fax (415) 388-2161
Mill Valley, CA 94942

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Eisenberg Raizman Thurston & Wong LLP in Los Angeles, California. I am readily familiar with Eisenberg Raizman Thurston & Wong LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2008, at Los Angeles, California.

_____
Mary T. Avila

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS