COPY

EISENBERG RAIZMAN THURSTON & WONG LLP
David H. Raizman (SBN 129407)
draizman@ertwllp.com
Melissa Bonfiglio (SBN 223172)
mbonfiglio@ertwllp.com
10880 Wilshire Boulevard, Eleventh Floor
Los Angeles, California 90024
Telephone: (310) 445-4400
Facsimile: (310) 445-4410

Attorneys for Defendant
Barnes & Noble Booksellers, Inc.

FILING
ADR
ORIGINAL FILED
JUN - 6 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSANA CROW,

    Plaintiff,

v.

BARNES & NOBLE BOOKSELLERS, INC., a Delaware corporation; , and DOES 1 through 10, inclusive,

    Defendants.

Case No. C08 02834 EMC

BARNES & NOBLE BOOKSELLERS, INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

1  TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant
4  Barnes & Noble Booksellers, Inc. states that:
5      Barnes & Noble Booksellers, Inc. is a fully-owned subsidiary of Barnes &
6  Noble, Inc., a publicly held corporation.

Dated: June 5, 2008        Respectfully submitted,

EISENBERG RAIZMAN THURSTON & WONG LLP
David H. Raizman
Melissa B. Bonfiglio

By: _____
       Melissa Bonfiglio
       Attorneys for Defendant
       Barnes & Noble Booksellers, Inc.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10880 Wilshire Blvd., Eleventh Floor, Los Angeles, California 90024.

On June 6, 2008, I served the foregoing document, described as **BARNES & NOBLE BOOKSELLERS, INC.'S DISCLOSURE STATEMENT** on each interested party in this action, as follows:

| | |
|---|---|
| Nick V. Avtonomoff, Esq. | Attorneys for Susana Crow |
| Law Offices of Nick V. Avtonomoff | Phone (415) 380-072 |
| P.O. Box 2471 | Fax (415) 388-2161 |
| Mill Valley, CA 94942 | |

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Eisenberg Raizman Thurston & Wong LLP in Los Angeles, California. I am readily familiar with Eisenberg Raizman Thurston & Wong LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2008, at Los Angeles, California.

_____
Mary T. Avila