1  EISENBERG RAIZMAN THURSTON & WONG LLP
   David H. Raizman (SBN 129407)
2  draizman@ertwllp.com
   Melissa Bonfiglio (SBN 223172)
3  mbonfiglio@ertwllp.com
   10880 Wilshire Boulevard, Eleventh Floor
4  Los Angeles, California 90024
   Telephone: (310) 445-4400
5  Facsimile: (310) 445-4410

6  Attorneys for Defendant
   Barnes & Noble Booksellers, Inc.
7

8

   UNITED STATES DISTRICT COURT
9
   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | SUSANA CROW,                                    | Case No. C08-02834 EMC
13 |        Plaintiff,                               |
14 |    v.                                           | PROOF OF SERVICE
15 | BARNES & NOBLE BOOKSELLERS,
16 | INC., a Delaware corporation; , and DOES 1
     through 10, inclusive,
17 |        Defendants.
18

19     I am employed in the County of Los Angeles, State of California. I am over the age

20 of 18 and not a party to the within action. My business address is 10880 Wilshire Blvd.,

21 Eleventh Floor, Los Angeles, California 90024.

22     On June 12, 2008, I served the following documents, described as ORDER

23 SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

24 GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY

25 CASES BEFORE THE HONORABLE CHARLES R. BREYER; ORDER OF THE

26 CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED

27 PARTIES; WELCOME TO THE USDC SAN FRANCISCO; GENERAL ORDER NO. 40

28 PROHIBITION OF BIAS; ECF REGISTRATION INFORMATION HANDOUT;

| | |
|---|---|
| 1 | GENERAL ORDER NO. 45 ELECTRONIC CASE FILING; NOTICE OF ELECTRONIC |
| 2 | AVAILABILITY OF CASE FILE INFORMATION; GENEAL ORDER NO. 53 |
| 3 | PRIVACY; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF |
| 4 | SUMMONS; WAIVER OF SERVICE OF SUMMONS; INSTRUCTIONS FOR |
| 5 | COMPLETION OF ADR FORMS RE: SELECTION OF AN ADR PROCESS; AND |
| 6 | BLANK ADR FORMS, along with a copy of this Proof of Service, on the interested party |
| 7 | in this action, as follows: |

Nick V. Avtonomoff, Esq.          Attorneys for Susana Crow
Law Offices of Nick V. Avtonomoff  Phone (415) 380-072
P.O. Box 2471                      Fax (415) 388-2161
Mill Valley, CA  94942

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Eisenberg Raizman Thurston & Wong LLP in Los Angeles, California. I am readily familiar with Eisenberg Raizman Thurston & Wong LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2008, at Los Angeles, California.

*Mary T. Avila* (signature)
Mary T. Avila