UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSANA CROW

        Plaintiff(s),

v.

BARNES & NOBLE BOOKSELLERS, INC., et al.,

        Defendant(s).

No. C 08-02834 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 20, 2008

Signature _____

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 10880 Wilshire Blvd., Eleventh Floor, Los Angeles, California 90024.

On June 20, 2008, I served the foregoing document, described as DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE on each interested party in this action, as follows:

Nick V. Avtonomoff, Esq.            Attorneys for Susana Crow
Law Offices of Nick V. Avtonomoff   Phone (415) 380-072
P.O. Box 2471                       Fax (415) 388-2161
Mill Valley, CA 94942

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Eisenberg Raizman Thurston & Wong LLP in Los Angeles, California. I am readily familiar with Eisenberg Raizman Thurston & Wong LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2008, at Los Angeles, California.

_Mary T. Avila_
Mary T. Avila