```
Law Offices of Nick V. Avtonomoff
Nick V. Avtonomoff (State Bar #63713)
1701 Franklin Street
San Francisco, CA 94109
(415) 380-0772/Fax 388-2161
```

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA CROW, )<br>)<br>)<br>)<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>BARNES & NOBLE BOOKSELLERS, )<br>INC., and DOES 1-10, )<br>)<br>          Defendants, )<br>_____ ) | **CASE NUMBER C08 02834 EMC**<br><br>**STIPULATION OF NON-OPPOSITION TO REMOVAL** |

On March 13, 2008, Plaintiff, SUSANA CROW, filed a Complaint, in the Superior Court of the State of California, County of Alameda, Unlimited Jurisdiction, Case Number 08-376519.

On June 6, 2008, Defendant, BARNES & NOBLE BOOKSELLERS, INC., a Delaware corporation, Noticed Removal of said state court action, alleging that there was a complete diversity between plaintiff and defendant, and the amount in controversy exceeded the sum of $75,000.

The Parties, SUSANA CROW and BARNES & NOBLE BOOKSELLERS, INC, by and through their attorneys of record, **Stipulate as follows:**

In the interests of judicial economy, plaintiff hereby stipulates that the removal of this action will not be opposed, and plaintiff will not bring a Motion to Remand.  The parties to this action hereby stipulate and agree that plaintiff's failure to oppose said removal, or make a remand motion at this time, shall not in any way prejudice plaintiff's right to make a remand motion at a later time in the action.

IT IS SO STIPULATED:

_____        _____
Nick Avtonomoff                                              Melissa Bonfiglio
Attorney for Plaintiff                                        Attorney for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3