1  The Parties, SUSANA CROW and BARNES & NOBLE BOOKSELLERS, INC, by
2  and through their attorneys of record, **Stipulate as follows:**
3
4  In the interests of judicial economy, plaintiff hereby stipulates
5  that the removal of this action will not be opposed, and plaintiff
6  will not bring a Motion to Remand.  The parties to this action
7  hereby stipulate and agree that plaintiff's failure to oppose said
8  removal, or make a remand motion at this time, shall not in any way
9  prejudice plaintiff's right to make a remand motion at a later time
10 in the action.
11
12
13 IT IS SO STIPULATED:
14
15
16 _____ 06/29/08         _____
17 Nick Avtonomoff                          Melissa Bonfiglio
   Attorney for Plaintiff                   Attorney for Defendant

2