UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Susana Crow

                Plaintiff(s),

Case No. 3:08-02834 JSW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    v.

Barnes & Noble Booksellers, Inc.

                Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 4, 2008

Dated: Sept. 5, 2008

[Party] Brad Feuer
Barnes & Noble Booksellers, Inc

[Counsel] Melissa Bonfiglio
Eisenberg Raizman Thurston
& Wong LLP