LAW OFFICES OF NICK V. AVTONOMOFF
Nick V. Avtonomoff (State Bar No.63713)
nicklaw@netwiz.net
Lerman Law Building
802 B Street
San Rafael, CA 94901
P.O. Box 2471
Mill Valley, CA 94942
415-380-0772; Fax 415-388-2161
Attorney for Plaintiff

EISENBERG RAIZMAN THURSTON & WONG LLP
David H. Raizman (State Bar No. 129407)
draizman@ertwllp.com
Melissa Bonfiglio (State Bar No. 223172)
mbonfiglio@ertwllp.com
10880 Wilshire Blvd. 11th Floor
Los Angeles, CA 90024
310-445-4400; Fax 310-445-4410
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA CROW, <br><br> Plaintiff, <br><br> vs. <br><br> BARNES & NOBLE BOOKSELLERS, INC., a Delaware corporation; and DOES 1 through 10, <br><br> Defendants. | CASE NUMBER C-08-02834 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date: September 19, 2008 <br> Time: 1:30 p.m. <br> Dept: Courtroom 17, 16th floor |

1

1  The parties hereby represent to the Court that they are involved in
2  good faith settlement negotiations, and there is a reasonable
3  likelihood that they will be able to reach a settlement, on all
4  issues of injunctive relief, damages, attorney fees and costs,
5  within the next 30-60 days.
6
7  The parties further represent to the Court it will aid settlement
8  if the Case Management Conference, presently set for September 19,
9  2008, be continued to Friday, October 24, 2008, at 1:30 p.m., or
10 Friday, November 7, 2008, at 1:30 p.m.
11
12
13 IT IS SO STIPULATED:
14
15
16
17 Dated: September 12, 2008
18                                        _____
                                          Nick V. Avtonomoff, Esq.
19                                        Attorney for Plaintiff
                                          Susana Crow
20
21 Dated: September 12, 2008
                                          _____
22                                        David H. Raizman, Esq.
                                          Melissa Bonfiglio, Esq.
23                                        Eisenberg Raizman Thurston
                                          Attorneys for Defendant
24
25
26
27
28                                  2

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

The Court, after having reviewed the parties' Stipulation (requesting) Continuing the Case Management Conference, presently set for Friday, September 19, 2008, and for good cause showing, hereby,

**ORDERS THE CASE MANAGEMENT CONFERENCE**, presently set for Friday, September 19, 2008, be **CONTINUED TO** November 14, 2008 at 1:30 p.m.

The Court further **ORDERS THE PARTIES JOINT CASE MANAGEMENT CONFERENCE STATEMENT** shall be filed by November 7, 2008.

**IT IS SO ORDERED.**

Date: September 15, 2008

Jeffrey S. White
Judge of the United States District Court
Northern District of CA

3