IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSANA CROW,

    Plaintiff,

    v.

BARNES AND NOBLE BOOKSELLERS, INC.; and DOES 1 through 10, inclusive,

    Defendants.

No. C 08-02834 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

Plaintiff has filed a complaint asserting denial of access under the Americans with Disabilities Act, 42 U.S.C. §§ 12181-89. The Court HEREBY VACATES the case management conference set for November 14, 2008. This action is governed by General Order 56. The parties are directed to follow the procedures set forth in General Order 56.

**IT IS SO ORDERED.**

Dated: November 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE