```
 1  EISENBERG RAIZMAN THURSTON & WONG LLP
    David H. Raizman (SBN 129407)
 2  draizman@ertwllp.com
    Melissa B. Bonfiglio (SBN 223172)
 3  mbonfiglio@ertwllp.com
    10880 Wilshire Boulevard, Suite 1101
 4  Los Angeles, California 90024
    Telephone:  (310) 445-4400
 5  Facsimile:  (310) 445-4410

 6  Attorneys for Defendant
    Barnes & Noble Booksellers, Inc.
 7
    LAW OFFICE OF NICK V. AVTONOMOFF
 8  Nick V. Avtonomoff (SBN 63713)
    P.O. Box 2471
 9  Mill Valley, California 94942
    Telephone:  (415) 380-0772
10  Facsimile:  (415) 388-2161

11  Attorneys for Plaintiff Susana Crow
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSANA CROW,<br><br>Plaintiff,<br><br>v.<br><br>BARNES & NOBLE BOOKSELLERS, INC., a Delaware corporation; , and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:08-02834 JSW<br><br>[PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br>[Filed concurrently with Stipulation of Parties to Dismiss Entire Action With Prejudice] |

21903

ORDER RE DISMISSAL OF CASE

## [PROPOSED] ORDER

Pursuant to the Rule 41(a)(1) of the Federal Rules of Civil Procedure and the Stipulation of Parties to Dismiss Entire Action With Prejudice, IT IS HEREBY ORDERED that:

The entire action shall be dismissed with prejudice as to all parties and that each party shall bear her or its own costs and fees.

Dated: April 1, 2009

*/s/ Jeffrey S. White*
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

EISENBERG RAIZMAN THURSTON & WONG LLP
David H. Raizman
Melissa B. Bonfiglio

By: */s/ David H. Raizman*
David H. Raizman

Attorneys for Defendant
Barnes & Noble Booksellers, Inc.

Respectfully submitted,

THE LAW OFFICES OF NICK V. AVTONOMOFF
Nick V. Avtonomoff

By: */s/ Nick V. Avtonomoff*
Nick V. Avtonomoff

Attorneys for Plaintiff Susana Crow

2

ORDER RE DISMISSAL OF CASE